# EXHIBIT 2

**RECEIVED**
By Chief Clerks Office at 11:32 am, Sep 21, 2023



ADRIAN
FONTES
SECRETARY OF STATE

May 8, 2023

**VIA EMAIL**

The Honorable Warren Petersen
Senate President
c/o Rusty Crandell, Deputy General Counsel
Arizona State Senate
1700 W Washington Street
Phoenix, Arizona 85007
RCrandell@azleg.gov

The Honorable Ben Toma
Speaker of the Arizona House of Representatives
c/o Linley Wilson, General Counsel
Arizona House of Representatives
1700 W Washington Street
Phoenix, Arizona 85007
LWilson@azleg.gov

**Re: Report due under A.R.S. § 16-165(M)**

Dear President Petersen and Speaker Toma,

Laws 2022, Ch. 370 requires the Secretary of State report the following information to the Legislature after each quarter.

I. The number of deaths reported to the secretary of state by the department of health services, the number of voter registration cancellation notices issued by the secretary of state to the county recorders as a result of those reports and the number of registrations canceled as a result of those notices.

- Number of deaths reported since 1/1/23: 20,435. The Arizona Department of Health Services provides the Secretary of State a record of the death of a resident of the state, but not everyone who is included in that list is a registered voter.
- Number of voter registration cancellation notices: 11,074
- Number of registrations canceled due to those notices: 11,074

II. The number of persons reported to the secretary of state who have been issued a driver license or the equivalent of an Arizona nonoperating identification license in another state, the number of notices sent pursuant to subsection E of this section and the number of voter registrations that have been placed in inactive status and the number of voter registrations that have been canceled as a result of those notices.

- Number of persons reported: 28,114
- Number of notices: The process for sending notices is in development.
- Number of voter registrations placed in inactive status: This process is in development.
- Number of voter registrations that have been canceled: This process is in development.

Letter to President Petersen and Speaker Toma
May 8, 2023
Page Two

III. The number of persons who have stated on a jury questionnaire that the person is not a United States citizen, the number of notices sent pursuant to subsection A, paragraph 10 of this section and the number of registrations that have been canceled as a result of those notices.

- Number of persons who have stated on jury questionnaire that the person is not a U.S. citizen: 373
- Number of notices: This process is in development.
- Number of registrations that have been canceled: This process is in development.

IV. The number of persons who have stated on a jury questionnaire that the person is not a resident of the county, the number of notices sent pursuant to A.R.S. § 16-165(A)(9)(b) of this section and the number of registrations that have been canceled as a result of those notices.
- Number of persons who have stated on jury questionnaire that the person is not a resident: 1,798
- Number of notices: This process is in development.
- Number of registrations that have been canceled: This process is in development.

*See Arizona Alliance for Retired American v. Hobbs*, No. CV-22-01374-PHX-GMS (D. Ariz., Sept. 26, 2022)(preempted, validity called into doubt).

V. The number of registrations on the inactive voter list that have been canceled pursuant to A.R.S. § 16-165(A)(7):
- 15,423 for the 13 Counties that use AVID.
- Maricopa and Pima Counties do not provide this data to the Secretary of State.

Sincerely,

Colleen Connor
State Elections Director
Election Services Division

**RECEIVED**
By Chief Clerks Office at 11:32 am, Sep 21, 2023



August 1, 2023

**VIA EMAIL**

| | |
|---|---|
| The Honorable Warren Petersen<br>Senate President<br>c/o Rusty Crandell, Deputy General Counsel<br>Arizona State Senate<br>1700 W Washington Street<br>Phoenix, Arizona 85007<br>RCrandell@azleg.gov | The Honorable Ben Toma<br>Speaker of the Arizona House of Representatives<br>c/o Linley Wilson, General Counsel<br>Arizona House of Representatives<br>1700 W Washington Street<br>Phoenix, Arizona 85007<br>LWilson@azleg.gov |

**Re: Report due under A.R.S. § 16-165(M)**

Dear President Petersen and Speaker Toma,

Laws 2022, Ch. 370 requires the Secretary of State report the following information to the Legislature after each quarter.

I. The number of deaths reported to the secretary of state by the department of health services, the number of voter registration cancellation notices issued by the secretary of state to the county recorders as a result of those reports and the number of registrations canceled as a result of those notices.

- Number of deaths reported since 4/1/23 – 6/30/23: 19,262. The Arizona Department of Health Services provides the Secretary of State a record of the death of a resident of the state, but not everyone who is included in that list is a registered voter.
- Number of voter registration cancellation notices: 10,164
- Number of registrations canceled due to those notices: 10,164

II. The number of persons reported to the secretary of state who have been issued a driver license or the equivalent of an Arizona nonoperating identification license in another state, the number of notices sent pursuant to subsection E of this section and the number of voter registrations that have been placed in inactive status and the number of voter registrations that have been canceled as a result of those notices.

- Number of persons reported: 25,167
- Number of notices: The process for sending notices is in development.
- Number of voter registrations placed in inactive status: This process is in development.
- Number of voter registrations that have been canceled: This process is in development.

Letter to President Petersen and Speaker Toma
August 1, 2023
Page Two

III. The number of persons who have stated on a jury questionnaire that the person is not a United States citizen, the number of notices sent pursuant to subsection A, paragraph 10 of this section and the number of registrations that have been canceled as a result of those notices.

- Number of persons who have stated on jury questionnaire that the person is not a U.S. citizen: 951
- Number of notices: This process is in development.
- Number of registrations that have been canceled: This process is in development.

IV. The number of persons who have stated on a jury questionnaire that the person is not a resident of the county, the number of notices sent pursuant to A.R.S. § 16-165(A)(9)(b) of this section and the number of registrations that have been canceled as a result of those notices.

- Number of persons who have stated on jury questionnaire that the person is not a resident: 21,834 (Please note the data provided by Maricopa includes values since January 2023. Due to their values being provided in late June 2023, these values were not included in the quarterly report transmitted on May 8, 2023.)
- Number of notices: This process is in development.
- Number of registrations that have been canceled: This process is in development.

*See Arizona Alliance for Retired American v. Hobbs,* No. CV-22-01374-PHX-GMS (D. Ariz., Sept. 26, 2022) (preempted, validity called into doubt).

V. The number of registrations on the inactive voter list that have been canceled pursuant to A.RS. § 16-165(A)(7):
- 2,244 for the 13 Counties that use AVID.
- Maricopa and Pima Counties do not provide this data to the Secretary of State.

Sincerely,

*Colleen Connor*

Colleen Connor
State Elections Director
Election Services Division

RECEIVED
By Chief Clerks Office at 9:19 am, Nov 06, 2023


ADRIAN FONTES
SECRETARY OF STATE

November 1, 2023

**VIA EMAIL**

The Honorable Warren Petersen
Senate President
c/o Rusty Crandell, Deputy General Counsel
Arizona State Senate
1700 W Washington Street
Phoenix, Arizona 85007
RCrandell@azleg.gov

The Honorable Ben Toma
Speaker of the Arizona House of Representatives
c/o Linley Wilson, General Counsel
Arizona House of Representatives
1700 W Washington Street
Phoenix, Arizona 85007
BToma@azleg.gov
LWilson@azleg.gov

**Re: Report due under A.R.S. § 16-165(M)**

Dear President Petersen and Speaker Toma,

Laws 2022, Ch. 370 requires the Secretary of State report the following information to the Legislature after each quarter.

I. The number of deaths reported to the secretary of state by the department of health services, the number of voter registration cancellation notices issued by the secretary of state to the county recorders as a result of those reports and the number of registrations canceled as a result of those notices.

- Number of deaths reported from 7/1/23 – 9/30/23: 18,113. The Arizona Department of Health Services provides the Secretary of State a record of the death of a resident of the state, but not everyone who is included in that list is a registered voter.
- Number of voter registration cancellation notices: 8,750
- Number of registrations canceled due to those notices: 8,750

II. The number of persons reported to the secretary of state who have been issued a driver license or the equivalent of an Arizona nonoperating identification license in another state, the number of notices sent pursuant to subsection E of this section and the number of voter registrations that have been placed in inactive status and the number of voter registrations that have been canceled as a result of those notices.

- Number of persons reported: 31,680
- Number of notices: The process for sending notices is in development.
- Number of voter registrations placed in inactive status: This process is in development.
- Number of voter registrations that have been canceled: This process is in development.

Letter to President Petersen and Speaker Toma
November 1, 2023
Page Two

III. The number of persons who have stated on a jury questionnaire that the person is not a United States citizen, the number of notices sent pursuant to subsection A, paragraph 10 of this section and the number of registrations that have been canceled as a result of those notices.

- Number of persons who have stated on jury questionnaire that the person is not a U.S. citizen: 638
- Number of notices: This process is in development.
- Number of registrations that have been canceled: This process is in development.

IV. The number of persons who have stated on a jury questionnaire that the person is not a resident of the county, the number of notices sent pursuant to A.R.S. § 16-165(A)(9)(b) of this section and the number of registrations that have been canceled as a result of those notices.

- Number of persons who have stated on jury questionnaire that the person is not a resident: 18,688
- Number of notices: This process is in development.
- Number of registrations that have been canceled: This process is in development.

*See Arizona Alliance for Retired American v. Hobbs,* No. CV-22-01374-PHX-GMS (D. Ariz., Sept. 26, 2022) (preempted, validity called into doubt).

V. The number of registrations on the inactive voter list that have been canceled pursuant to A.RS. § 16-165(A)(7):
- 12 for the 13 Counties that use AVID.
- Maricopa and Pima Counties do not provide this data to the Secretary of State.

Sincerely,

*Colleen Connor*

Colleen Connor
State Elections Director
Election Services Division

**RECEIVED**
By Chief Clerks Office at 12:58 pm, Jan 25, 2024


**ADRIAN FONTES**
SECRETARY OF STATE

January 25, 2024

**VIA EMAIL**

The Honorable Warren Petersen
Senate President
c/o Rusty Crandell, Deputy General Counsel
Arizona State Senate
1700 W Washington Street
Phoenix, Arizona 85007
RCrandell@azleg.gov

The Honorable Ben Toma
Speaker of the Arizona House of Representatives
c/o Linley Wilson, General Counsel
Arizona House of Representatives
1700 W Washington Street
Phoenix, Arizona 85007
BToma@azleg.gov
LWilson@azleg.gov

**Re: Report due under A.R.S. § 16-165(M)**

Dear President Petersen and Speaker Toma,

Laws 2022, Ch. 370 requires the Secretary of State report the following information to the Legislature after each quarter.

I. The number of deaths reported to the secretary of state by the department of health services, the number of voter registration cancellation notices issued by the secretary of state to the county recorders as a result of those reports and the number of registrations canceled as a result of those notices.

- Number of deaths reported from 10/1/23 – 12/31/23: 17,265. The Arizona Department of Health Services provides the Secretary of State a record of the death of a resident of the state, but not everyone who is included in that list is a registered voter.
- Number of voter registration cancellation notices: 9,333
- Number of registrations canceled due to those notices: 9,333

II. The number of persons reported to the secretary of state who have been issued a driver license or the equivalent of an Arizona nonoperating identification license in another state, the number of notices sent pursuant to subsection E of this section and the number of voter registrations that have been placed in inactive status and the number of voter registrations that have been canceled as a result of those notices.

- Number of persons reported: 26,882
- Number of notices: The process for sending notices is in development.
- Number of voter registrations placed in inactive status: This process is in development.
- Number of voter registrations that have been canceled: This process is in development.

Letter to President Petersen and Speaker Toma
January 25, 2024
Page Two

III. The number of persons who have stated on a jury questionnaire that the person is not a United States citizen, the number of notices sent pursuant to subsection A, paragraph 10 of this section and the number of registrations that have been canceled as a result of those notices.

- Number of persons who have stated on jury questionnaire that the person is not a U.S. citizen: 633
- Number of notices: This process is in development.
- Number of registrations that have been canceled: This process is in development.

IV. The number of persons who have stated on a jury questionnaire that the person is not a resident of the county, the number of notices sent pursuant to A.R.S. § 16-165(A)(9)(b) of this section and the number of registrations that have been canceled as a result of those notices.

- Number of persons who have stated on jury questionnaire that the person is not a resident: 1,939
- Number of notices: This process is in development.
- Number of registrations that have been canceled: This process is in development.

V. The number of registrations on the inactive voter list that have been canceled pursuant to A.RS. § 16-165(A)(7): nine (9)

Sincerely,

*Colleen Connor*

Colleen Connor
State Elections Director
Election Services Division