UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Scot Mussi , ; Gina Swoboda , ; Steven Gaynor , ; | **Defendant(s):** Adrian Fontes , In his official capacity as Arizona Secretary of State; |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Andrew Gould , Attorney** | , |
| Holtzman Vogel Baran Torchinsky & Josefiak PLLC | |
| 2575 E. Camelback Road, Suite 860 | |
| Phoenix, Arizona  85016 | |
| 602-388-1262 | |
| **Dallin B. Holt , Attorney** | , |
| Holtzman Vogel Baran Torchinsky & Josefiak PLLC | |
| 2575 E. Camelback Road, Suite 860 | |
| Phoenix, Arizona  85016 | |
| 602-388-1262 | |
| **Brennan Bowen ,** | |
| Holtzman Vogel Baran Torchinsky & Josefiak PLLC | |
| 2575 E. Camelback Road, Suite 860 | |
| Phoenix, Arizona  85016 | |
| 602-388-1262 | |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

<u>II. Basis of Jurisdiction</u>: 3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:- 1 Citizen of This State

Defendant:- 1 Citizen of This State

<u>IV. Origin</u> : 1. Original Proceeding

<u>V. Nature of Suit</u>: 441 Voting

<u>VI.Cause of Action:</u> NVRA

<u>VII. Requested in Complaint</u>

Class Action: No

Dollar Demand: Declaratory and Injunctive Relief

Jury Demand: No

VIII. This case **is not related** to another case.

**Signature:** Andrew W. Gould

**Date:** May 31, 2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014