Andrew Gould (No. 013234)
Dallin B. Holt (No. 037419)
Brennan A.R. Bowen (No. 036639)
HOLTZMAN, VOGEL, BARAN,
TORCHINSKY & JOSEFIAK
2555 East Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 388-1262
agould@holtzmanvogel.com
dholt@holtzmanvogel.com
bbowen@holtzmanvogel.com
minuteentries@holtzmanvogel.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scot Mussi; Gina Swoboda, in her capacity as Chair of the Republican Party of Arizona; and Steven Gaynor,<br><br>Plaintiffs,<br>v.<br><br>Adrian Fontes, in his official capacity as Arizona Secretary of State,<br><br>Defendant. | No. CV-24-01310-PHX-DWL<br><br>**Notice of Change of Address of Firm** |

Plaintiffs, through counsel, hereby give notice that the Phoenix office address for Holtzman Vogel Baran Torchinsky & Josefiak PLLC and the undersigned attorneys has changed to the following address:

**HOLTZMAN VOGEL BARAN**
**TORCHINSKY & JOSEFIAK PLLC**
2555 E. Camelback Road, Suite 700
Phoenix, AZ 85016

1    The Court and all counsel and parties are hereby requested to make note of this
2  change and send all notices, orders, pleadings, and other communications concerning the
3  above-captioned matter to the new address. Individual attorneys' email addresses are
4  unchanged and the firm's local telephone number will remain the same: (602) 388-1262

5    Respectfully submitted this 22nd day of August 2024.

                                                                                        /s/ Andrew Gould
Andrew Gould (No. 013234)
Dallin B. Holt (No. 037419)
Brennan A.R. Bowen (No. 036639)
HOLTZMAN, VOGEL, BARAN, TORCHINSKY & JOSEFIAK
2555 East Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 388-1262
agould@holtzmanvogel.com
dholt@holtzmanvogel.com
bbowen@holtzmanvogel.com
minuteentries@holtzmanvogel.com

*Attorneys for Plaintiffs*

.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of Augus 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

/s/ Andrew Gould
Andrew Gould

*Attorneys for Plaintiffs*

3