1  Andrew Gould (No. 013234)
2  Dallin B. Holt (No. 037419)
   HOLTZMAN, VOGEL, BARAN,
3  TORCHINSKY & JOSEFIAK
   2555 East Camelback Road, Suite 700
4  Phoenix, Arizona 85016
5  (602) 388-1262
   agould@holtzmanvogel.com
6  dholt@holtzmanvogel.com
   minuteentries@holtzmanvogel.com
7
8  Brennan A.R. Bowen (No. 036639)
   FRAZIER LAW PLLC
9  7702 E Doubletree Ranch Rd., Ste 300
   Scottsdale, Arizona 85258
10 bbowen@frazierlawpllc.net
11
   *Attorneys for Plaintiffs*
12

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Scot Mussi; Gina Swoboda, in her capacity as Chair of the Republican Party of Arizona; and Steven Gaynor, <br><br> Plaintiffs, <br><br> v. <br><br> Adrian Fontes, in his official capacity as Arizona Secretary of State, <br><br> Defendant. | No. CV-24-01310-PHX-DWL <br><br> **Notice of Withdrawal of Counsel Within Firm** |

Please be advised that Brennan A.R. Bowen has resigned from the law firm of Holtzman Vogel Baran Torchinsky & Josefiak, PLLC, and has joined Frazier Law PLLC. He will no longer be representing Plaintiffs Scot Mussi, Gina Swoboda and Steven Gaynor. Counsel requests the Court to withdraw Mr. Bowen's appearance on behalf of Plaintiffs, and requests that his name be removed from all mailing and service lists in this matter.

1  Plaintiffs will continue to be represented by Holtzman Vogel Baran Torchinsky &
2  Josefiak, PLLC through Andrew Gould and Dallin Holt, who already appear as attorneys
3  of record in this matter.
4  Respectfully submitted this 8th day of January 2025.

          /s/ Andrew Gould
Andrew Gould (No. 013234)
Dallin B. Holt (No. 037419)
HOLTZMAN, VOGEL, BARAN,
TORCHINSKY & JOSEFIAK
2555 East Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 388-1262
agould@holtzmanvogel.com
dholt@holtzmanvogel.com
minuteentries@holtzmanvogel.com

Brennan A.R. Bowen (No. 036639)
FRAZIER LAW PLLC
7702 E Doubletree Ranch Rd., Ste 300
Scottsdale, Arizona 85258
bbowen@frazierlawpllc.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

/s/ Andrew Gould
Andrew Gould

*Attorneys for Plaintiffs*