1  D. Andrew Gaona (028414)
   Austin C. Yost (034602)
2  **COPPERSMITH BROCKELMAN PLC**
   2800 North Central Avenue, Suite 1900
3  Phoenix, Arizona 85004
   T: (602) 381-5478
4  aagaona@cblawyers.com
   ayost@cblawyers.com
5
   Lalitha D. Madduri*
6  Melinda Johnson*
   Renata O'Donnell*
7  **ELIAS LAW GROUP LLP**
   250 Massachusetts Ave NW, Suite 400
8  Washington, D.C. 20001
   T: (202) 498-8556
9  lmadduri@elias.law
   mjohnson@elias.law
10 rodonnell@elias.law

11 Tyler L. Bishop*
   **ELIAS LAW GROUP LLP**
12 1700 Seventh Avenue, Suite 2100
   Seattle, Washington 98101
13 T: (206) 656-0177
   tbishop@elias.law
14 *Admitted Pro Hac Vice

15 Attorneys for Amici Curiae

16

17                    **UNITED STATES DISTRICT COURT**
18                           **DISTRICT OF ARIZONA**
19
   Scot Mussi, et al.,                     )   No. CV-24-01310-PHX-DWL
20                                         )
21             Plaintiffs,                 )   **NOTICE OF WITHDRAWAL OF**
                                           )   **COUNSEL WITHIN FIRM**
22       v.                                )
                                           )
23 Adrian Fontes, in his official capacity as )
   Arizona Secretary of State,             )
24                                         )
             Defendant.                    )
25

26       Pursuant to LRCiv 83.3(b), Renata O'Donnell, seeks to withdraw as counsel for Amici

Curiae Arizona Alliance for Retired Americans and Voto Latino in this matter.

Amici will continue to be represented in this matter by D. Andrew Gaona and Austin Yost of the law firm Coppersmith Brockelman PLC and Lalitha Madduri, Melinda Johnson, and Tyler Bishop of the Elias Law Group LLP. All other counsel of record remain the same.

Respectfully submitted this 15th day of January, 2025.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
    D. Andrew Gaona
    Austin C. Yost

**ELIAS LAW GROUP LLP**
Lalitha Madduri*
Melinda Johnson*
Tyler Bishop*

*Admitted Pro Hac Vice*

*Attorneys for Amici Curiae*